UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>JAMES PADULA, D.O,<br>JOHN MAFFIA,<br>ALBERT JEROME, D.C.,<br>ELIAS GOLDSTEIN, D.C.,<br>MUSTAFA M. SHUKR, M.D.,<br>TESSY C. JENKINS, M.D.,<br>GEORGE W. IBRAHEIM, D.O.,<br>FRANCES S. MADDEN, M.D.,<br>PAVAN TANKHA, D.O.,<br>MICHIGAN PAIN MANAGEMENT, P.L.L.C.,<br>DEARBORN PAIN SPECIALISTS, P.L.L.C.,<br>STERLING HEIGHTS PAIN MANAGEMENT, P.L.C.,<br>And<br>LABORATORY SPECIALISTS OF MICHIGAN, L.L.C.<br><br>                Defendants. | Case No. 2:23-cv-11191<br><br>Hon. Judith E. Levy<br><br>Magistrate Judge David R. Grand |

## JOINT NOTICE OF SETTLEMENT

Plaintiff State Farm Mutual Automobile Insurance Company ("SFMAIC") and Defendants James Padula, D.O., John Maffia, Albert Jerome, D.C., Elias Goldstein, D.C., Mustafa M. Shukr, M.D., Tessy C. Jenkins, M.D., George W.

Ibraheim, D.O., Frances S. Madden, M.D., Pavan Tankha, D.O., Michigan Pain Management, PLLC, Dearborn Pain Specialists PLLC, Sterling Heights Pain Management PLC, and Laboratory Specialists of Michigan LLC (collectively, "Defendants") submit this Joint Notice of Settlement and advise the Court as follows:

    The parties have finalized the settlement agreements and are in the process of collecting signatures from all relevant parties to finalize the agreement. The Parties estimate that they will jointly file a proposed stipulated order of dismissal by September 20, 2024.

**AGREED AND CONSENTED TO BY:**

**KATTEN MUCHIN ROSENMAN LLP**
By: */s/ Yelena Shagall*
Ross. O. Silverman (IL 6226560)
Eric T. Gortner (IL 6275017)
Yelena Shagall (IL 6303965)
*Attorneys for Plaintiff State Farm Mutual Automobile Insurance Company*
Dated:  September 11, 2024

**LAW ARENA PLLC**
By: */s Paschal Ukpabi*
Paschal E.C. Ukpabi
*Attorney for Defendant Tessy Jenkins*
Dated: September 11, 2024

**JOELSON ROSENBERG, PLC**
By: */s/ Peter W. Joelson*
Peter W. Joelson (P51468)
Emily R. Warren
*Attorney for Defendants Dearborn Pain Specialists PLLC, Elias Goldstein, George Ibraheim, Albert Jerome, Laboratory Specialists of Michigan LLC, Frances Madden, John Maffia, Michigan Pain Management PLLC, James Padula, Mustafa Shukr, Sterling Heights Pain Management PLC, and Pavan Tankha.*
Dated:  September 11, 2024