UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES PADULA, D.O,<br>JOHN MAFFIA,<br>ALBERT JEROME, D.C.,<br>ELIAS GOLDSTEIN, D.C.,<br>MUSTAFA M. SHUKR, M.D.,<br>TESSY C. JENKINS, M.D.,<br>GEORGE W. IBRAHEIM, D.O.,<br>FRANCES S. MADDEN, M.D.,<br>PAVAN TANKHA, D.O.,<br>MICHIGAN PAIN MANAGEMENT, P.L.L.C.,<br>DEARBORN PAIN SPECIALISTS, P.L.L.C.,<br>STERLING HEIGHTS PAIN MANAGEMENT, P.L.C.,<br>And<br>LABORATORY SPECIALISTS OF MICHIGAN, L.L.C.<br><br>Defendants. | Case No. 2:23-cv-11191<br><br>Hon. Judith E. Levy<br><br>Magistrate Judge David R. Grand |

**JOINT STIPULATION OF DISMISSAL RE**
**TESSY JENKINS WITH PREJUDICE**

This matter is before the Court upon the below Joint Stipulation of the undersigned parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court is otherwise duly informed in the premises.

THE UNDERSIGNED PARTIES STIPULATE THAT:

1. On May 19, 2023, State Farm Mutual Automobile Insurance Company ("State Farm Mutual") filed its Complaint, naming Tessy C. Jenkins, among others, as a defendant (together with State Farm Mutual, the "Parties") (ECF 1).

2. State Farm Mutual has reached a confidential settlement agreement with Tessy C. Jenkins (the "Settlement Agreement") to resolve State Farm Mutual's claims against her. As a result, the Parties submit this Joint Stipulation to dismiss with prejudice State Farm Mutual's claims against Tessy C. Jenkins and without costs or fees awarded to any party.

3. A proposed Order awarding the relief sought herein is being filed concurrently with this Joint Stipulation.

**AGREED AND CONSENTED TO BY:**

**KATTEN MUCHIN ROSENMAN LLP**
By:  <u>/s/ Yelena Shagall</u>
Ross. O. Silverman (IL 6226560)
Eric T. Gortner (IL 6275017)
Yelena Shagall (IL 6303965)
*Attorneys for Plaintiff State Farm Mutual Automobile Insurance Company*
Dated:  September 27, 2024

**LAW ARENA PLLC**
By:  <u>/s Paschal E. C. Ukpabi</u>
Paschal E.C. Ukpabi
*Attorney for Defendant Tessy C. Jenkins*
Dated: September 27, 2024

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                  Plaintiff,<br><br>v.<br><br>JAMES PADULA, D.O,<br>JOHN MAFFIA,<br>ALBERT JEROME, D.C.,<br>ELIAS GOLDSTEIN, D.C.,<br>MUSTAFA M. SHUKR, M.D.,<br>TESSY C. JENKINS, M.D.,<br>GEORGE W. IBRAHEIM, D.O.,<br>FRANCES S. MADDEN, M.D.,<br>PAVAN TANKHA, D.O.,<br>MICHIGAN PAIN MANAGEMENT, P.L.L.C.,<br>DEARBORN PAIN SPECIALISTS, P.L.L.C.,<br>STERLING HEIGHTS PAIN MANAGEMENT, P.L.C.,<br>And<br>LABORATORY SPECIALISTS OF MICHIGAN, L.L.C.<br><br>                  Defendants. | Case No. 2:23-cv-11191<br><br>Hon. Judith E. Levy<br><br>Magistrate Judge David R. Grand |

## ORDER DISMISSING CLAIMS AGAINST TESSY C. JENKINS WITH PREJUDICE

This matter is before the Court upon the Joint Stipulation of State Farm Mutual Automobile Insurance Company and Tessy C. Jenkins, and the Court otherwise being duly informed in the premises:

**IT IS HEREBY ORDERED** that State Farm Mutual Automobile Insurance Company's claims against Tessy C. Jenkins are hereby dismissed with prejudice, and without costs or fees awarded to any party.

Nothing in this Order shall be construed to affect Plaintiff's claims against any other parties to the above captioned action.

| | |
|---|---|
| Date: September 27, 2024 | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |