UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                 Plaintiff,<br><br>v.<br><br>JAMES PADULA, D.O,<br>JOHN MAFFIA,<br>ALBERT JEROME, D.C.,<br>ELIAS GOLDSTEIN, D.C.,<br>MUSTAFA M. SHUKR, M.D.,<br>TESSY C. JENKINS, M.D.,<br>GEORGE W. IBRAHEIM, D.O.,<br>FRANCES S. MADDEN, M.D.,<br>PAVAN TANKHA, D.O.,<br>MICHIGAN PAIN MANAGEMENT, P.L.L.C.,<br>DEARBORN PAIN SPECIALISTS, P.L.L.C.,<br>STERLING HEIGHTS PAIN MANAGEMENT, P.L.C.,<br>And<br>LABORATORY SPECIALISTS OF MICHIGAN, L.L.C.<br><br>                 Defendants. | Case No. 2:23-cv-11191<br><br>Hon. Judith E. Levy<br><br>Magistrate Judge David R. Grand |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This matter is before the Court upon the below Joint Stipulation of the undersigned parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court is otherwise duly informed in the premises.

THE UNDERSIGNED PARTIES STIPULATE THAT:

1. State Farm Mutual Automobile Insurance Company's Complaint against the Defendants, James Padula, John Maffia, Albert Jerome, Elias Goldstein, Mustafa M. Shukr, George W. Ibraheim, Frances S. Madden, Pavan Tankha, Michigan Pain Management PLLC, Dearborn Pain Specialists PLLC, Sterling Heights Pain Management PLC, and Laboratory Specialists of Michigan LLC (*ECF No. 1*) is dismissed with prejudice and without costs or fees awarded to any party.

2. A proposed Order awarding the relief sought herein is being filed concurrently with this Joint Stipulation.

**AGREED AND CONSENTED TO BY:**

**KATTEN MUCHIN ROSENMAN LLP**
By: */s/ Yelena Shagall*
Ross. O. Silverman (IL 6226560)
Eric T. Gortner (IL 6275017)
Yelena Shagall (IL 6303965)
*Attorneys for Plaintiff State Farm Mutual Automobile Insurance Company*
Dated:  October 4, 2024

**JOELSON ROSENBERG, PLC**
By: */s/ Peter W. Joelson*
Peter W. Joelson (P51468)
Emily R. Warren
*Attorney for Defendants Dearborn Pain Specialists PLLC, Elias Goldstein, George Ibraheim, Albert Jerome, Laboratory Specialists of Michigan LLC, Frances Madden, John Maffia, Michigan Pain Management PLLC, James Padula, Mustafa Shukr, Sterling Heights Pain Management PLC, and Pavan Tankha.*
Dated:  October 4, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JAMES PADULA, D.O, <br> JOHN MAFFIA, <br> ALBERT JEROME, D.C., <br> ELIAS GOLDSTEIN, D.C., <br> MUSTAFA M. SHUKR, M.D., <br> TESSY C. JENKINS, M.D., <br> GEORGE W. IBRAHEIM, D.O., <br> FRANCES S. MADDEN, M.D., <br> PAVAN TANKHA, D.O., <br> MICHIGAN PAIN MANAGEMENT, P.L.L.C., <br> DEARBORN PAIN SPECIALISTS, P.L.L.C., <br> STERLING HEIGHTS PAIN MANAGEMENT, P.L.C., <br> And <br> LABORATORY SPECIALISTS OF MICHIGAN, L.L.C. <br><br> Defendants. | Case No. 2:23-cv-11191 <br><br> Hon. Judith E. Levy <br><br> Magistrate Judge David R. Grand |

**ORDER DISMISSING CLAIMS WITH PREJUDICE**

This matter is before the Court upon the Joint Stipulation of State Farm Mutual Automobile Insurance Company, James Padula, John Maffia, Albert Jerome, Elias Goldstein, Mustafa M. Shukr, George W. Ibraheim, Frances S.

Madden, Pavan Tankha, Michigan Pain Management PLLC, Dearborn Pain Specialists PLLC, Sterling Heights Pain Management PLC, and Laboratory Specialists of Michigan LLC, and the Court otherwise being duly informed in the premises:

**IT IS HEREBY ORDERED** that State Farm Mutual Automobile Insurance Company's Complaint (*ECF No. 1*) against James Padula, John Maffia, Albert Jerome, Elias Goldstein, Mustafa M. Shukr, George W. Ibraheim, Frances S. Madden, Pavan Tankha, Michigan Pain Management PLLC, Dearborn Pain Specialists PLLC, Sterling Heights Pain Management PLC, and Laboratory Specialists of Michigan LLC is hereby dismissed with prejudice, and without costs or fees awarded to any party.

Date: October 4, 2024                              s/Judith E. Levy
                                                                     JUDITH E. LEVY
                                                                     United States District Judge